**Entered on Docket**
**April 12, 2011**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-W5

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>KARY LYN GOBBATO,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-08-25027-mkn<br>Chapter 11 |

### ORDER VACATING AUTOMATIC STAY

An order granting Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W5 ("Secured Creditor"), adequate protection ("Order") having been entered on the court's docket on April 15, 2010, regarding the real property of Kary Lyn Gobbato ("Debtor") commonly known as

4968 Morgan Drive, Blaine, Washington 98230 (the "Real Property"), which is legally described as follows:

> LOT 22, BLOCK 1, MORGAN COTTONWOOD BEACH PLAT, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME 7 OF PLATS, PAGE(S) 51 AND 52, RECORDS OF WHATCOM COUNTY, WASHINGTON.
>
> SITUATE IN WHATCOM COUNTY, WASHINGTON

The Debtor having defaulted under the terms and conditions of the Order; the Court having considered the documentary evidence before it; and good cause appearing therefor,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. The automatic stay of Title 11 U.S.C. section 362 is hereby terminated as it applies to the enforcement by Secured Creditor of all of its rights in the Real Property under the subject Note and Deed of Trust;

2. Secured Creditor may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Secured Creditor may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

3. The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived as the court entered an Order for Adequate Protection on April 15, 2010, that provides for a waiver of this stay in the event that relief from the automatic stay is granted due to a default under the terms of the Adequate Protection Order;

4. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Secured Creditor may proceed in state court for unlawful detainer pursuant to the applicable state law;

5. Upon entry of this Order, the Chapter 13 Trustee shall cease making any payments in regard to Movant's claim filed in this bankruptcy case; and

/./././
/././
/././

1    6.    This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

###

Submitted by:

/s/ Ace Van Patten
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #11731
Attorney for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-W5