```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                   Case No. 08-25027-mkn
KARY LYN GOBBATO                                                         Chapter 11
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0978-2         User: lorellicj              Page 1 of 3              Date Rcvd: Apr 12, 2011
                             Form ID: pdf984              Total Noticed: 100


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2011.
db          +KARY LYN GOBBATO,    5890 W. PATRICK LN,   LAS VEGAS, NV 89118-2738
3970843      ACCREDITED,    PO BOX 502480,    SAN DIEGO, CA 92150-2480
3984133     +ACCREDITED HOME LENDERS, INC.,    15253 AVENUE OF SCIENCE, BLDG 3,    SAN DIEGO, CA 92128-3437
5601550     +ACCTCORP OF SOUTHERN NEVADA,    4955 S DURANGO # 177,    LAS VEGAS, NV 89113-0155
4013981     +AFS,   PO BOX 5208,    BELLINGHAM, WA 98227-5208
4123967     +AMERICAN HOME MORTGAGE SERVICING, INC.,    C/O PITE DUNCAN LLP,    ATTN: EDDIE R. JIMENEZ,
              4375 JUTLAND DRIVE #200,    SAN DIEGO, CA 92117-3600
4123968     +AMERICAN HOME MORTGAGE SERVICING, INC.,    C/O ABRAMS & TANKO LLLP,    ATTN: MICHELLE L. ABRAMS,
              3085 S. JONES BLVD #C,    LAS VEGAS, NV 89146-6767
5701472     +AWHSF SUB-l, LLC,    c/o McCarthy & Holthus, LLP,    9510 West Sahara Avenue, Suite 110,
              Las Vegas, NV 89117-8804
4781034     +Argent Mortgage Company, LLC,    c/o BAC Home Loans Servicing, LP,    7105 Corporate Drive/PTX-B-35,
              Plano, TX 75024-4100
4736644     +BAC HOME LOANS SERVICING , LP,    C/O POLK, PROBER & RAPHAEL,    ATTN: DEAN R. PROBER,
              20750 VENTURA BLVD #100,    WOODLAND HILLS, CA 91364-6207
3970855      BANK OF AMERICA,    PO BOX 15726,    WILMINGTON, DE 19886-5726
4019956     +BIRCH BAY WATER & SEWER DISTRICT,    7096 POINT WHITE HORN RD,    BIRCH BAY, WA 98230-9675
3970838     +BIRCH BAY WATER AND SEWER,    7096 POINT WHITCHOM RD.,    BLAINE, WA 98230-9675
3970841     +BIRCH BAY WATER AND SEWER,    7096 POINT WHITEHORN RD,    BLAINE , WA 98230-9675
3970861      BIRCH BAY WATER AND SEWER 7096 POINT WHITEHORN RD,    BLAINE, WA 98230
4026689      BPKS, INC. DBA PACIFIC BLDG CENTER,    ATTN: KIMBERLY AKRE,    P.O. BOX 3480,
              BLAINE, WA  98231-3480
3948791     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
              PO BOX 5155,    NORCROSS, GA  30091)
3970847     +CAPITAL ONE,    PO BOX 70886,    CHARLOTTE, NC 28272-0886
3970853     +CHRISTIE &CHRISTIE LAND?SUR~,    222 GRAND AVE, STE D,    BELLINGHAM , WA 98225-4427
3970856     +CITI FINANCIAL,    4151 MERIDIAN ST.,    BELLINGHAM, WA 98226-5559
3970862      CLARK COUNTY ASSESSOR,    GOVERNMENT CENTER,    500 S. GRAND CENTRAL PARKWAy,
              LAS VEGAS, NV 89155-1401
3970839      COMCAST,    PO BOX 34227,    SEATTLE, WA 98124-1227
4060928     +COMPASS BANK,    POB 201347,    ARLINGTON, TX 76006-1347
4270563     +COMPASS BANK,    C/O POLI  & BALL,    ATTN: JAMES B. BALL,    601 SOUTH SEVENTH STREET, 2ND FLOOR,
              LAS VEGAS, NV 89101-6905
3970845     +COUNTRYWIDE,    PO BOX 650070,    DALLAS, TX 75265-0070
3970848     +CREDIT ONE,    PO BOX 60500,    CITY OF INDUSTRY, CA 91716-0500
3970851      CREDIT PROTECTION ASSOC,    PO BOX 34227,    SEATTLE, WA 98124-1227
4067391     +CYNTHIA ASHER,    C/O  GORDON & SILVER,    ATTN: MATTHEW C. ZIRZOW,
              3960 HOWARD HUGHES PKWY, 9TH FLOOR,    LAS VEGAS, NV 89169-5978
4635849      CitiFinancial, Inc,    P.O. Box 140489,    Irving, TX   75014-0489
3970854     +DEL PRADO,    100 PINE AVE PO BOX 688,    HOLMES, CA 19043-0688
4914081     +DEUTSCHE BANK NATIONAL TRUST CO,    C/O PITE DUNCAN LLP,    ATTN: EDDIE R. JIMENEZ,
              4375 JUTLAND DRIVE #200,    SAN DIEGO, CA 92117-3600
4914082     +DEUTSCHE BANK NATIONAL TRUST CO,    C/O ABRAMS & TANKO LLLP,    ATTN: MICHELLE L. ABRAMS,
              3085 S. JONES BLVD #C,    LAS VEGAS, NV 89146-6767
4280127     +DEUTSCHE BANK NATIONAL TRUST COMPANY,    C/O AMERICAN HOME MORTGAGE SERVICING,    PO BOX 631730,
              IRVING, TX 75063-0002
4908644     +Deutsche Bank,    c/o Pite Duncan, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
              San Diego, CA 92177-7921
5014622     +GAYLE GILDNES,    C/O SYLVESTER & POLEDNAK, LTD,    ATTN: JEFFREY R. SYLVESTER,
              7371 PRAIRIE FALCON #120,    LAS VEGAS, NV 89128-0834
5014624     +GAYLE GILDNES,    C/O SYLVESTER & POLEDNAK, LTD,    ATTN: JAMES B. MACROBBIE,
              7371 PRAIRIE FALCON #120,    LAS VEGAS, NV 89128-0834
3970860     +GEOTEST SERVICES,    741 MARINE DRIVE,    BELLINGHAM, WA 98225-1529
3970863     +GOLF SAVING BANK,    6100 219TH ST. S.W. STE 480,    MOUNT LAKE TERRA, WA 98043-2222
4019957      HEATHER L BALDELLA,    2418 HOLLYWOOD AVE,    BELLINGHAM, WA 98225
3970867     +HERTZ CORPORATION,    PO BOX 25722,    OKLAHOMA CITY, OK 73125-0722
3970870     +HFC,   PO BOX 60101,    CITY OF INDUSTRY, CA 91716-0101
3970779     +HOUSEHOLD RECEIVABLE ACQUISITION CORP II,    C/O HSBC BANK USA NA,    PO BOX 5213,
              CAROL STREAM IL 60197-5213
3970876     +HSBC,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
3933673     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court: INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,
              P.O BOX 21126,    PHILADELPHIA, PA  19114-0326)
3970879     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court: INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPER,
              P.O BOX 21126,    PHILADELPHIA, PA 19114-032)
3970882     +J.R. TISDALL, M.D., P.S.,    1816 C STREET #J35,    BELLINGHAM, WA 98225
3970885     +JACK RUTH,    C/O ADELSTEIN, SHARPE & SERf,    408 N. COMMERCIAL ST.,    BELLINGHAM, WA 98225-4003
3970888      JANICE M. JUNG M. ED,    12510 TENTH ST, STE 203,    BELLINGHAM, WA 98225
3933671     +KARY GOBBATO,    5890 W. PATRICK LN,    LAS VEGAS , NV 89118-2738
3970868     +LESTER & WYDAHL,, PLLC,    217 PROSPECT ST.,    BELLINGHAM, WA 98225-4403
```

```
District/off: 0978-2          User: lorellicj            Page 2 of 3                Date Rcvd: Apr 12, 2011
                              Form ID: pdf984           Total Noticed: 100

3970871       +LOUIS LOGAN,    MERIDIAN CONTRACT SERVICES,      770 NE MIDWAY BLVD.,    OAK HARBOR, WA 98277-2664
4259940        LYON WEIGAND & FUSTAFSON PS,     C/O MARCUS J. FRY,    P.O. BOX 1687,    YAKIMA, WA 98907-1687
3970877       +LYON,WEIGAND & GUSTAFSON PI,     222 NORTH THIRD STREET,    PO BOX 1689,    YAKIMA, WA 98907-1689
3970880       +MARC KOPEIKIN,    2825 LEEWARD WAY,     BELLINGHAM, WA 98226-8655
3933674       +NEVADA DEPARTMENT OF TAXATION,     555 E. WASHINGTON AVENUE #1300,     LAS VEGAS, NV 89101-1046
3970886       +NEVADA DEPARTMENT OF TAXATION,     555 E. WASHINGTON AVENUE #1,    LAS VEGAS, NV 89101-1083
3970866       +NORTH WASHINGTON COLLECTION,     1155 NORTH STATE ST. #503,    BELLINGHAM, WA 98225-5024
4026706       +NORTH WASHINGTON COLLECTIONS, INC,      ACCT #712572,    PO BOX 698,    BELLINGHAM, WA 98227-0698
3970889        NORTH WASHINGTOn COLLECTION,     1155 NORTH STATE ST #503,    PO BOX 698,
                BELLINGHAM , WA 98227-0698
3970869       +NORTHWEST PROPANE,    8450 DEPOI ROAD,    PO BOX 652,    LYNDON, WA 98264-0652
3970872        NORTHWEST TRUSTEE SRVC. INC,     PO BOX 997,    BELLEVUE, WA 98009-0997
3970875       +NORTHWEST WETLANDS CONSULTIng,     1214 XENIA ST,    BELLINGHAM, WA 98229-2204
3970878       +OFFICE OF THE UNITED STATES,     300 LAS VEGAS BLVD SO.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
3970884       +OLAF & GAYLE GILDESS,     15006 CHANNEL LANE,    LACONNER, WA 98257-4734
3970881       +OLAF & GAYLE GILDESS, H&W,     15006 CHANNEL LANE,    LACONNER, WA 98257-4734
4694516       +OLAF & GAYLE GILDNES,     C/O SKAGIT LAW GROUP, PLLC,    P.O. BOX 336,    MOUNT VERNON, WA 98273-0336
3970887       +OLAF & GAYLE GILDNESS,     15006 CHANNEL LANE,    LACONNER, WA 98257-4734
5014621       +OLAF GILDNES,    C/O SYLVESTER & POLEDNAK, LTD,     ATTN: JEFFREY R. SYLVESTER,
                7371 PRAIRIE FALCON #120,    LAS VEGAS, NV 89128-0834
5014623       +OLAF GILDNES,    C/O SYLVESTER & POLEDNAK, LTD,     ATTN: JAMES B. MACROBBIE,
                7371 PRAIRIE FALCON #120,    LAS VEGAS, NV 89128-0834
4698641       +OLAF GILDNES AND GAYLE GILDNES,     C/O SKAGIT LAW GROUP, PLLC,    P.O. BOX 336,
                MOUNT VERNON, WA 98273-0336
3970890        PACIFIC BUILDING CTR & TRUE,     2617 BELL RD-,    PO BOX 3480,    BLAINE , WA 98231-3480
3970893       +PHYSICIANS &DENTISTS CREDIT,     12720 GATEWAY DR. S. STE 20,    SEATTLE , WA 98168-3333
3970895       +PRIVATE MORTGAGE INVESTMENTI,     PO BOX 891,    BURLINGTON, WA 98233-0630
4019955        PUGET SOUND ENERGY,    PO BOX 91269,    BELLEVE, WA 98009-9269
4019857        PUGET SOUND ENERGY,    P.O. BOX 90868,    CLOSED ACCTS DEPT., BOT-01G,    BELLEVUE, WA 98009-0868
3970899       +SENIOR AVENUES 307 N. 3RD ST,     YAKIMA , WA 98901-2360
3970901       +STATE OF NEVADA DEPARTMENT,     PUBLIC SAFETY, REG. DIVISION,    555 WRIGHT WAY,
                CARSON CITY, NV 89711-0001
3933676       +STATE OF NEVADA DEPARTMENT OF MOTOR VEHI,     PUBLIC SAFETY, REG. DIVISION,    555 WRIGHT WAY,
                CARSON CITY, NV 89711-0001
3970903       +STEVE CHANCE ATTORNEY AT LAI,     119 NORTH COMMERCIAL ST.,    STE 275,    BELLINGHAM, WA 98225-4454
4628938       +STEVEN K. STREITZ,    3720 BIZ POINT ROAD,     ANACORTES, WA 98221-8536
3970892       +STEWART TITLE OF BELLINGHAM,     2200 RIMLAND DRIVE, STE II0,    BELLINGHAM, WA 98226-6639
3970894       +SUDDEN VALLEY,    4 CLUBHOUSE CIRCLE,     BELLINGHAM, WA 98229-2735
3933672       +THOMAS E. CROWE,    7351 W. CHARLESTON BLVD.,     SUITE 140,    LAS VEGAS, NV 89117-1572
3970896       +VERACITY CREDIT CONSULTANT,     110 16TH ST. STE I000,    DENVER, CO 80202-5202
4019952        WELLS FARGO HOME LOANS,     1 HOME CAMPUS,    DES MOINES, IA 50328-0001
3970902       +WHATCOM COUNTY ASSESSOR,     COURTHOUSE STE 106,    311 GRANK AVE,    BELLINGHAM, WA 98225-4048
4019958       +WHATCOM COUNTY DISTRICT COURT,     311 GRAND AVE, STE 401,    BELLINGHAM, WA 98225-4046
4257362       +WHATCOM COUNTY TREASURER,     ATTN: BANKRUPTCY DEPUTY,    PO BOX 5268,    BELLINGHAM WA 98227-5268
3970904       +WORLD MARK,    PO BOX 97976,    LAS VEGAS, NV 89193-7976
3991353      ++WYNDHAM CONSUMER FINANCE INC,     P O BOX 97474,    LAS VEGAS NV 89195-0001
               (address filed with court:   WORLDMARK BY WYNDHAM,      10750 WEST CHARLESTON BLVD., SUITE 130,
                LAS VEGAS, NV  89135)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4019954       +Fax: 703-433-7292 Apr 13 2011 03:02:08       AOL,    PO BOX 30622,    TAMPA, FL 33660-1622
4052295       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 13 2011 03:32:09
                ASCENSION CAPITAL GROUP, INC,    ATTN: COMPASS BANK (SECURED DEPT),     PO BOX 201347,
                ARLINGTON, TX 76006-1347
3970842        E-mail/Text: Bankruptcy@BBVACompass.com Apr 13 2011 03:24:42       COMPASS BANK,    PO BOX 192,
                BIRMINGHAM, AL 35201-0192
4057357       +E-mail/Text: Bankruptcy@BBVACompass.com Apr 13 2011 03:24:43       Compass Bank,    POB 10566,
                Birmingham, AL 35296-0001
4086589        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2011 03:42:10
                FIA CARD SERVICES, NA/BANK OF AMERICA,     BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
3970874        E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2011 03:12:11       LOWES,    PO BOX 530914,
                ATLANTA , GA 30353-0914
3933675       +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Apr 13 2011 03:24:15
                OFFICE OF THE UNITED STATES TRUSTEE,     300 LAS VEGAS BLVD SO.,    SUITE 4300,
                LAS VEGAS, NV 89101-5803
4261604        E-mail/Text: resurgentbknotifications@resurgent.com Apr 13 2011 03:12:02
                PYOD LLC its successors and assigns as assignee of,     MHC Receivables, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4687114       +E-mail/PDF: rmscedi@recoverycorp.com Apr 13 2011 03:32:26
                RECOVERY MANAGEMENT SYSTEMS CORPORATION,     FOR GE MONEY BANK,    DBA LOWES CONSUMER,
                25 SE 2ND AVE STE 1120,    MIAMI FL 33131-1605
3955925        E-mail/PDF: rmscedi@recoverycorp.com Apr 13 2011 03:32:26
                Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 10
```

```
District/off: 0978-2          User: lorellicj              Page 3 of 3               Date Rcvd: Apr 12, 2011
                              Form ID: pdf984              Total Noticed: 100

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3970846         ADT,   PO BOX 371490,    PITTSBURGH,  PA?15250-7490
3970858         BELCHER SWANSON?LAW FIRM,    900 DUPONT ST.,    BELLINGHAM , WA?98225
3970844         BLAINE BAY REFUSE,    PO BOX 1648,    BELLINGHAM, WA?98227-1648
3970857         DOVEN MUEHLE MORTGAGE, INC.,    c/O QUANTUM SERVCING,    1 CORPORATE DR.?#360,
                 LAKE ZURICH, IL?60047-8945
3970865         JOHN DOE GOBBATO
3970883         NETWORK COMMERICAL SERVICE,,    7445 TOPANGA CANYON #200,    CANOGA PARK, CA?91303
3970891         PACIFIC RIM OUTPATIENT SURG,    3009 SQUALICURN?PARKWAY,    BELLINGHAM, WA?98225
3970897         PUGET SOUND ENERGY,    PO BOX 91269,    BELLINGHAM, WA?98009-9269
3970905         STEVEN STREITZ,    C/O SKAGIT STATE BANK,    PO BOX 285,    BURLINGTON,  WA?98233
3970906         STEWART TITLE OF BELLINGHAM,    2200 RIMLAND DR, STE 110,    BELLINGHAM , WA?98226
3970898         WHATCOM COUNTY ASSESSOR,    COURTHOUSE STE?106,    311 GRAND AVE,    BELLINGHAM, WA?98225
3970900         WHATCOM COUNTY?ASSESSOR,    COURTHOUSE STE?106,    311 GRAAID AVE,    BELLINGHAM, WA?98225
3970859*       +CITI FINANCIAL, INC.,    4151 MERIDIAN ST.,    BELLINGHAM, WA 98226-5559
3970837*       +KARY GOBBATO,    5890 W. PATRICK LN,    LAS VEGAS , NV 89118-2738
3970840*       +THOMAS E. CROWE,    7351 W. CHARLESTON BLVD.,    SUITE 140,    LAS VEGAS,NV 89117-1572
3970849       ##+ADVANCED FINANCIAL SOLUTION,    1111 W. HOLLY ST., SUITE H,    BELLINGHAM, WA 98225-2922
3970852       ##AMC MORTGAGE SERVICES,    PO BOX 11000,    SANTA ANA CA 92711-1000
4110698       ##+AMERICAN HOME MORTGAGE,    ATTENTION: DEFAULT,    4600 REGENT BLVD., SUITE 200,
                 IRVING, TX 75063-2478
4053323       ##+AMERICAN HOME MORTGAGE,    4600 REGENT BLVD, STE 200,    IRVING, TX 75063-2478
4123082       ##+American Home Mortgage Servicing, Inc.,    4600 Regent Blvd., Suite 200,    Irving, TX 75063-2478
3970850       ##CHASE HOME FINANCE,    PO BOX 78116,    PHOENIX, AZ 85062-8116
4053322       ##CITI RESIDENTIAL,    PO BOX 11000,    SANTA ANA, CA 92711-1000
3970864       ##+HENRY & MARGARET LANATA,    93 WILLOW LANE,    MOUNT VERNON, WA 98273-2447
3970873       ##HOME DEPOT,    PO BOX 6028,    THE LAKES, NV 88901-6028
4019953       ##+PACIFIC ONE MORTGAGE,    PO BOX 686,    THE DALLES, OREGON 97058-0686
                                                                                              TOTALS: 12, * 3, ## 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2011**                    Signature:    *Joseph Speetjens*

**Entered on Docket
April 12, 2011**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-W5

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>KARY LYN GOBBATO,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-08-25027-mkn<br>Chapter 11 |

### ORDER VACATING AUTOMATIC STAY

An order granting Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W5 ("Secured Creditor"), adequate protection ("Order") having been entered on the court's docket on April 15, 2010, regarding the real property of Kary Lyn Gobbato ("Debtor") commonly known as

- 1 -

1 | 4968 Morgan Drive, Blaine, Washington 98230 (the "Real Property"), which is legally described as
2 | follows:
3 |     LOT 22, BLOCK 1, MORGAN COTTONWOOD BEACH PLAT, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME 7 OF PLATS, PAGE(S) 51 AND 52, RECORDS OF WHATCOM COUNTY, WASHINGTON.
5 |     SITUATE IN WHATCOM COUNTY, WASHINGTON
6 |     The Debtor having defaulted under the terms and conditions of the Order; the Court having
7 | considered the documentary evidence before it; and good cause appearing therefor,
8 |     **IT IS ORDERED, ADJUDGED AND DECREED** as follows:
9 |     1.    The automatic stay of Title 11 U.S.C. section 362 is hereby terminated as it applies to
10 | the enforcement by Secured Creditor of all of its rights in the Real Property under the subject Note
11 | and Deed of Trust;
12 |     2.    Secured Creditor may offer and provide Debtor with information re: a potential
13 | Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss
14 | Mitigation Agreement, and may enter into such agreement with Debtor.  However, Secured Creditor
15 | may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal
16 | liability is discharged in this bankruptcy case;
17 |     3.    The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived as the court
18 | entered an Order for Adequate Protection on April 15, 2010, that provides for a waiver of this stay in
19 | the event that relief from the automatic stay is granted due to a default under the terms of the
20 | Adequate Protection Order;
21 |     4.    Upon foreclosure, in the event Debtor fails to vacate the Real Property, Secured
22 | Creditor may proceed in state court for unlawful detainer pursuant to the applicable state law;
23 |     5.    Upon entry of this Order, the Chapter 13 Trustee shall cease making any payments in
24 | regard to Movant's claim filed in this bankruptcy case; and
25 | /./../
26 | /./../
27 | /./../
28 |

1       6.      This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

###

Submitted by:

/s/ Ace Van Patten
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #11731
Attorney for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-W5