

# ADELSTEIN, SHARPE & SERKA LLP
### ATTORNEYS AT LAW

STEVEN P. ADELSTEIN
PHILIP E. SHARPE, JR.
PHILIP A. SERKA
JEFFREY P. FAIRCHILD
MITCHELL G. FABER
MARIE N. GALLAGHER
IVAN M. STONER

*RECEIVED AND FILED APR 28 12 40 PM '11 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK*

direct e-mail: pserka@adelstein.com

April 22, 2011

United States Bankrupcy Court
District of Nevada
Clerk of Court: Mary A. Schott
Foley Federal Buildingand U.S. Courthouse
300 Las Vegas Bouldevard South
Las Vegas, NV 89101

Re:  Case No. 08-25027-mkn
     In Re: Kary Lyn Gobbato (Debtor)

Dear Ms. Schott:

Our office has been receiving all mailings directed to Jack Ruth in regard to the above referenced case. Our firm does not represent Mr. Jack Ruth in the bankruptcy matter and we do not want any further mailings directed to our office. The Court has on record for Mr. Jack Ruth as his mailing address as: 408 N. Commercial St., Bellingham, WA 98227. I have been informed by Ms. Poulsen of the Thomas E. Crowe law firm that I need to contact the Court directly regarding changing an address (see attached email). Please change the Court records to reflect the contact/mailing address for Mr. Jack Ruth to:

Mr. Jack Ruth
8575 East St.
Blaine, WA  98230-9719

I have also enclosed a copy of the withdrawal notice to assist you in changing the Court records.

Very truly yours,

Philip A. Serka
PAS/sc
Enclosures
cc: Mr. Jack Ruth

S:\RUTH, Jack\Supplemental Proceedings (v. Kary Gobbato)\Ltr Bankruptcy Ct 4-22-11.doc

## Sharron Carter

**From:** Phil Serka
**Sent:** Wednesday, April 20, 2011 8:57 AM
**To:** Sharron Carter
**Subject:** FW: Kary Gobbato

**From:** Pamela Poulson [mailto:tcrowe@lvcoxmail.com]
**Sent:** Wednesday, April 20, 2011 8:58 AM
**To:** Phil Serka
**Subject:** Kary Gobbato

Mr. Serka,

We are in receipt of your letter regarding the correct mailing address for Jack Ruth.  Please be aware that the mailings you are receiving are being sent **from the Court**, not our office.  The Court automatically uses the Debtor's attorney's address for all return addresses.  You, or Jack Ruth, will be required to file a formal Change of Address with the Court.  The Court will then change their mailing matrix.  Thank you.

PAMELA POULSEN
Administrator/Sr. Paralegal
THOMAS E. CROWE, P.L.C.
(702) 794-0373

1

COPY

SCANNED 2

FILED
COUNTY CLERK

2010 MAR 22 PM 3:56

WHATCOM COUNTY
WASHINGTON

BY _____

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF WHATCOM

| JACK RUTH,<br><br>    Plaintiff,<br><br>vs.<br><br>KARY GOBBATO and JOHN DOE GOBBATO, husband and wife,<br><br>    Defendants. | NO. 07-2-01673-9<br><br>**NOTICE OF INTENT TO WITHDRAW**<br><br>**Judge Charles R. Snyder** |
|---|---|

TO:   CLERK OF THE SUPERIOR COURT; AND
TO:   THOMAS E. CROWE, ATTORNEY FOR DEFENDANT GOBBATO;

YOU AND EACH OF YOU PLEASE TAKE NOTICE that the undersigned withdraws as attorney for Plaintiff Jack Ruth effective immediately, and said notice shall be effective without order of the court from said date unless objection to the withdrawal is served upon the undersigned attorney prior to said date.

Disclosure of the names and last known addresses of the persons represented by the undersigned will not violate the Code of Professional Responsibility. The names and last known addresses of said persons are as follows:



Notice of Intent to Withdraw
Page 1 of 2

ADELSTEIN, SHARPE & SERKA LLP
400 NORTH COMMERCIAL STREET ■ P. O. BOX 5158
BELLINGHAM, WASHINGTON 98227-5158
TELEPHONE: (360) 671-6565
FAX: (360) 647-8148 ■ WEBSITE: WWW.ADELSTEIN.COM

1
2
3  Jack Ruth
   8575 East St.
4  Blaine, WA 98230-9719
5
6  DATED THIS _21_ day of _March_ 2010.

7                                ADELSTEIN, SHARPE & SERKA LLP

8                           By: _____
9                                Philip A. Serka, WSBA #6814

10
11  S:\RUTH, Jack\Real Estate (v. Kary Gobbato)\withdraw 3-19-10.DOC
12
13
14
15
16
17
18
19
20  **DECLARATION OF MAILING/FAXING/DELIVERY:**
    The undersigned certifies under penalty of
21  perjury under the laws of the state of Washington
    that on the below date I mailed, faxed or
22  caused delivery a true copy of the foregoing
    to Thomas E. Crowe, Esq. at the regular office
    or residence thereof, dated this 22nd day of March,
23  2010 at Bellingham, Washington.

24  _____
    Sharron Carter
25
26
27
28  Notice of Intent to Withdraw
    Page 2 of 2

ADELSTEIN, SHARPE & SERKA LLP
400 NORTH COMMERCIAL STREET ■ P. O. BOX 5158
BELLINGHAM, WASHINGTON 98227-5158
TELEPHONE: (360) 671-6565
FAX: (360) 647-8148 ■ WEBSITE: WWW.ADELSTEIN.COM